UNCLAIMED FUNDS



AUGUST 24, 2010

07-61580    CHRISTOPHER ELDRIDGE
            PATRICIA ELDRIDGE
            DEBTORS DID NOT CASH CHECK
            CHECK #444577 FOR $106.14
            CHRISTOPHER & PATRICIA ELDRIDGE
            536 SOUTH SPRING ST
            BUCYRUS, OH 44820

05-61242    RHONDA DUFFY
            CREDITOR DID NOT CASH CHECK
            CHECK #444578 FOR $2.62
            NATIONAL CASH ADVANCE
            1270 EAST STATE STREET
            ALLIANCE, OH 44601

04-65487    ROY WOODRUFF
            DIANA WOODRUFF
            CREDITOR DID NOT CASH CHECK
            CHECK #444579 FOR $5.81
            FIRST MERIT BANK NA
            111 CASCADE PLAZA CAS 36
            AKRON, OH 44308

04-65723    JAMES BATES, JR
            AMY BATES
            DEBTOR DID NOT CASH CHECK
            CHECK #444580 FOR $4.20
            JAMES & AMY BATES, JR
            4431 2ND STREET NW
            CANTON, OH 44708

```
      0 • *
    106 • 14 +
      2 • 62 +
      5 • 81 +
      4 • 20 +
     48 • 70 +
      3 • 61 +
     18 • 26 +
    189 • 34 *
```